Filed December 10, 1895.

---

No. 17,428.

## DENKE-WALTER *v.* LOEPER ET AL.

APPELLATE PROCEDURE.— *Vacation Appeal.— Dismissal.— Parties Appellant.* — A vacation appeal will be dismissed for want of jurisdiction, where all the joint judgment defendants in the trial court are not made co-appellants.

|142|657|
|144|334|
|146|503|
|147|691|

|142|657|
|154|394|

|142|657|

|142|657|
|158|226|

From the Marion Superior Court.

*Herod & Herod,* for appellant.

*W. A. Ketcham,* for appellees.

MONKS, J.—Ida M. Loeper, one of appellees, brought this action against her co-appellees and appellant to quiet title to real estate.

Cross-complaints were filed by certain of the appellees to quiet title to a part of the same real estate.

The cause was tried and judgment rendered quieting the title to said real estate, as prayed for in the complaint and in the cross-complaint. Judgment was also rendered against appellants, Mary C. Denke-Walter and Frederick W. Denke-Walter (who is made an appellee in this court) for costs.

It is settled law in this State that all joint-judgment defendants in the court below must be made co-appellants in this court in all vacation appeals or the appeal will be dismissed for want of jurisdiction. Acts 1895, p. 179; Elliott App. Proced., section 144; *Inman* v. *Vogel*, 141 Ind. 138, and cases cited; *Walsh* v. *Brockway*, 13 Ind. App. 70.

There can be but one appeal from the same judgment, and when the same is not a term time appeal all co-parties entitled to appeal must be joined as co-appellants. Acts 1895, p. 179; *Inman* v. *Vogel, supra; Gregory* v. *Smith*, 139 Ind. 48, and cases cited.

The appeal in this case was not a term time appeal and is not therefore governed by the provisions of the acts approved March 9, 1895. Acts 1895, p. 179.

Frederick W. Denke-Walter was a co-party and joint-judgment defendant with appellant in the court below, and should have been made co-appellant in this court. This not having been done the appeal must be dismissed. *Gregory* v. *Smith, supra; Inman* v. *Vogel, supra,* and cases cited; *Midland R. W. Co.* v. *St. Clair*, 42 N. E. Rep. 214.

The appeal is therefore dismissed.

Filed December 10, 1895.